JACOB HAMBURGER, Respondent, v. PATRICK McGOVERN, INC., Impleaded with

PATRICK McGOVERN, Appellant.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements, to the appellant. No opinion.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.